IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:20-cv-03371-RMR-NRN

TEDDY TANORIS PITTMAN,

 Plaintiff,

v.

TIM KING, in his individual capacity;
GRETA SALAZAR, in her individual capacity;
SCOTT BAKER, in his individual and official capacities;
CITY OF AURORA, a municipality;
LIEUTENANT BELL, in his individual capacity,
G. MAHR, JR, in his individual capacity; and
DEAN WARREN, in his individual capacity,

 Defendants.

## FINAL JUDGMENT

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order Adopting Magistrate Judge Recommendation entered by United States District Judge Regina M. Rodriguez on September 29, 2025 [ECF No. 308] it is

 ORDERED that Plaintiff's Objection to the Recommendation [ECF No. 304] is OVERRULED. It is

 FURTHER ORDERED that the Denver Defendants' Motion for Summary Judgment [ECF NO. 223], the Aurora Defendants' Motion for Summary Judgment [ECF No. 225] and Defendant Warren's Motion for Summary Judgment [ECF No. 241] are GRANTED. It is

 FURTHER ORDERED that judgment is entered in favor of the Defendants and against the Plaintiff.

This case will be closed.

Dated at Denver, Colorado this 29th day of September, 2025.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By:   s/K. Myhaver
                                        K. Myhaver
                                        Deputy Clerk